IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RHONDA ROWAN**                                                                                  **PLAINTIFF**

v.                              **CASE NO. 2:23-CV-00182-BSM**

**SOUTHLAND RACING CORPORATION**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE